Raymond E. Areshenko, Esq.
Nevada Bar No.: 13659
REA Law
200 S. Virginia Street, Suite 819
Reno, NV 89501
Telephone: (775) 300-7594
ray@rea-law.com
Attorney (local) for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Miguel Ángel Cotto-Vázquez, and Melissa Guzmán Quiñones<br><br>Plaintiffs<br><br>v.<br><br>United States of America, et al.<br><br>Defendants | Case No. 2:19-cv-00298-JCM-GWF<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFFS' TIME TO FILE REPLY TO RESPONSE TO MOTION TO COMPEL AND MOTION FOR SANCTIONS**<br><br>**(First Request)** |

Plaintiffs, MIGUEL ÁNGEL COTTO-VÁZQUEZ and MELISSA GUZMÁN-QUIÑONES (collectively "Plaintiffs"), by and through their counsel, and Non-Parties Top Rank, Inc. and David Lopez (collectively "Top Rank"), by and through their counsel, hereby respectfully submit this Stipulation and Order Extending Time to file Reply to Response to Motion to Compel and Motion for Sanctions (the "Stipulation"). The underlying Motion to Compel and related Motion for Sanctions (ECF Nos. 1 and 3) were filed by Plaintiffs on February 15, 2019. Top Rank filed its Opposition to the Motion to Compel and Motion for Sanctions on March 4, 2019. *See* ECF No. 17. The present deadline for Plaintiffs to file a Reply to Top Rank's Response is March 11, 2019. The Motions relate solely to Plaintiffs and Non-Party Top Rank. This Stipulation is made pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1.

This is the first stipulation for an extension of time to for Plaintiffs to file a Reply to Top Rank's Response. The instant Stipulation is requested because Plaintiffs require additional time to address Top Rank's Response as the issues are complex and nuanced, and this is a multi-jurisdictional matter requiring Plaintiffs to coordinate with local counsel.

Based upon the foregoing, Plaintiffs and Top Rank hereby stipulate and agree that Plaintiffs shall have an extension of time, up to an including March 15, 2019, to file a Reply to Top Rank's Response.

Dated: March 8, 2019

/s/ Raymond E. Areshenko
Raymond E. Areshenko, Esq.
Nevada Bar No.: 13659
REA Law
Local Counsel for Plaintiffs

/s/ J. Colby Williams
J. Colby Williams, Esq.
Nevada Bar No.: 5549
Campbell & Williams
Local Counsel for Top Rank, Inc.
& David Lopez

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Troy K. Flake

TROY K. FLAKE
Assistant United States Attorney

*Attorneys for the United States*

IT IS SO ORDERED: _____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/11/2019